358 A.2d 70
Commonwealth v. Husband, Appellant.

Argued April 19, 1976. William D. Boyle, with him Boyle, Boyle & Cole, for appellant; John J. Driscoll, Assistant District Attorney, and Albert M. Nichols, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAETH, J., absent.

358 A.2d 65
Commonwealth v. Johnson, Appellant.

Argued April 16, 1976. Thomas P. Ruane, Jr., with him Gregg H. Lewellyn, for appellant; Conrad B. Capuzzi, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.